-1-

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  1:15-cv-23502

MARLA DIXON, individually, and
EARL REESE-THORNTON, SR.,
individually, and as parents and
natural guardians of E.R., a minor,

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF FILING DEPOSITION DESIGNATIONS

The Plaintiffs, MARLA DIXON, individually, and EARL REESE-THORNTON, SR., individually, and as parents and natural guardians of E.R., a minor, in accordance with this Court's Second Amended Scheduling Order dated November 15, 2016, hereby notice of Court of filing of the attached deposition designations for use at the trial of this matter scheduled on this Court's two-week trial docket commencing March 6, 2016:

| | |
|---|---|
| Exhibit 1 | Ata Atogho, M.D. |
| Exhibit 2 | Yolande Ashman McCray, R.N. |
| Exhibit 3 | Irene Dixon |
| Exhibit 4 | Selena Reese |
| Exhibit 5 | Annie Neasman |
| Exhibit 6 | Claude Jones, M.D. |
| Exhibit 7 | Luckner Denord, M.D. |

| | |
|---|---|
| Exhibit 8 | Lysbeth Germain-George, D.O. |
| Exhibit 9 | Kia Prescott, A.R.N.P. |
| Exhibit 10 | Enme Corrales-Reyes, M.D. |
| Exhibit 11 | Aparna Rajadyshka, M.D. |
| Exhibit 12 | Marie Durrant, R.N. |
| Exhibit 13 | Marie Hetu, M.D. |
| Exhibit 14 | Parul Jayakar, M.D. |
| Exhibit 15 | Odney Charles, C.R.N.A. |
| Exhibit 16 | Slyvia Sommers, Psy.D. |
| Exhibit 17 | Maxime Fleming Jean-Louis |
| Exhibit 18 | Michael Berkus, M.D. |
| Exhibit 19 | Richard Boyer, M.D. |
| Exhibit 20 | Harlan Giles, M.D. |
| Exhibit 21 | Stephen Glass, M.D. |
| Exhibit 22 | Martin Gubernick, M.D. |
| Exhibit 23 | Paul Kornberg, M.D. |
| Exhibit 24 | Frank Ling, M.D. |
| Exhibit 25 | Gordon Sze, M.D. |
| Exhibit 26 | Jerry Tomasovic, M.D. |
| Exhibit 27 | Frank Raffa, Ph.D. |
| Exhibit 28 | Oscar Padron |
| Exhibit 29 | Ira Morris |
| Exhibit 30 | Susan Riddick-Grisham |

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system on January 23, 2017, and the foregoing document is being served this day on all counsel of record on the Service List below via transmission of Electronic Filing generated by CM/ECF, and via email.

> MALLARD & SHARP, P.A.
> Attorney for Plaintiffs
> 7700 N. Kendall Drive, Suite 303
> Miami, FL 33156
> Tel: (305) 461-4800
> Fax: (305) 397-2557
> Email: bo@mslawcenter.com
> Secondary: sally@mslawcenter.com
>
> BY: /s/ Richard B. Sharp
> _____
> RICHARD B. SHARP
> Fla. Bar No.: 0269890

## SERVICE LIST

Richard B. Sharp, Esq.
MALLARD & SHARP, P.A.
*Attorneys for Plaintiffs*
7700 N. Kendall Drive, Ste. 303
Miami, FL 33156
Tel: (305) 461-4800
Fax: (305) 397-2557
Email: bo@mslawcenter.com


Charles White, Esq.
*Attorneys for U.S.A.*
United States Attorney's Office
99 N.E. 4th Street
Miami, FL 33132
Tel: (305) 961-9301
Fax: (305) 530-7139
Charles.white@usdoj.gov


J. Steven Jarreau, Esq.
Trial Attorney
*Attorneys for U.S.A.*
Civil Division, Torts Branch
United States Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20004
Tel: (202) 616-4284
Fax: (202) 616-5200
steven.jarreau@usdoj.gov

**Lauri Waldman Ross, Esq.**
ROSS & GIRTEN
Two Datran Center, Suite 1612
9130 S. Dadeland Blvd.
Miami, FL 33156
Tel: (305) 670-8010
Fax: (305) 670-2305
RossGirten@Laurilaw.com