United States District Court
for the
Southern District of Florida

| | | |
|---|---|---|
| Marla Dixon and Earl Reese-Thornton, Sr., individually and as parents and natural guardians of Earl Reese-Thornton, Jr., Plaintiffs | ) | |
| | ) | Civil Action No. 15-23502-Civ-Scola |
| v. | ) | |
| | ) | |
| United States of America, Defendant. | ) | |

**Final Judgment**

In accordance with the Court's findings of fact and conclusions of law set forth in its Amended Verdict and Order Following Non-Jury Trial (ECF No. 194), the Court enters this Final Judgment and orders that:

1. Final judgment is entered in favor of Plaintiff Earl Reese-Thornton, Jr. in the amount of **$29,413,495.91**; in favor of Marla Dixon in the amount of **$3,300,000**, and in favor of Earl Reese-Thornton, Sr. in the amount of **$1,100,000**, for which let execution issue.

2. No later than May 26, 2017, the United States shall deposit the sum of **$20,965,146** (total future economic damages) into a bank escrow trust account established by the Trustee, Family Network on Disabilities, for the benefit of Earl Reese-Thornton, Jr. This sum shall be distributed by the Trustee for the use and benefit of Earl Reese-Thornton, Jr. for 27.5 years in accordance with the timetable for periodic payments set forth in the Amended Verdict and Order Following Non-Jury Trial, as follows:

| | |
|---|---|
| First payment to be paid immediately: Covering period May 1, 2017-April 30, 2022 | $3,811,844.75 |
| Second payment, May 1, 2022: Covering period May 1, 2022-April 30, 2026 | $3,049,475.80 |
| Third payment, May 1, 2026: Covering period May 1, 2026-April 30, 2029 | $2,287,106.85 |

| | |
|---|---|
| Further payments annually starting May 1, 2029 through Oct. 31, 2044 | $762,368.95 per year |

3. 100% of Plaintiff Earl Reese-Thornton, Jr.'s attorneys' fees and costs shall be payable immediately from Earl Jr.'s non-economic damages.

4. Plaintiffs shall recover their taxable costs as set forth in Southern District Local Rule 7.3 by filing a Bill of Costs pursuant to 28 U.S.C. § 1920 and a separate motion for those costs not taxable under 28 U.S.C. § 1920. S.D. Fla. L.R. 7.3(a), (c); Fed. R. Civ. P. 54(d).

5. The Trustee shall satisfy outstanding past medical expenses of Earl Jr. for Medicaid in the amount of $178,678.85, Sunshine State Health in the amount of $162,498.30, and Children's Medical Services in the amount of $482,172.76 within 30 days of the money being placed in trust.

6. The Court shall retain jurisdiction to effectuate all provisions of this Final Judgment.

**Done and ordered**, at Miami, Florida, on April 28, 2017.

Robert N. Scola, Jr.
United States District Judge